UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | NO. 1:13-00003 |
| | ) | JUDGE CAMPBELL |
| ANTHONY PRAINO | ) | |

## ORDER

Pending before the Court is Defendant's Motion To Cancel Status Conference (Docket No. 16). The Motion indicates that the status of the case is that the Defendant intends to plead guilty. The Motion is GRANTED. Accordingly, the status conference set for June 24, 2013 is CANCELLED.

It is so ORDERED.

*Todd Campbell*
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE