UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | NO. 1:13-00003 |
| | ) | JUDGE CAMPBELL |
| ANTHONY PRAINO | ) | |

## ORDER

Pending before the Court is Defendant's Motion to Reschedule Plea Hearing (Docket No. 20). The Motion is GRANTED.

The Court will hold a change of plea hearing on December 4, 2013, at 10:00 a.m. Any proposed plea agreement shall be submitted to the Court by December 2, 2013.

It is so ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE